# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133188

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARLTON EARL MCPHAIL,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133188
COA: 274562
Wayne CC: 06-001308-02

On order of the Court, the application for leave to appeal the December 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

s0521

Clerk